# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

———————————————————————————

PAMELA REINKE,

        Plaintiff,

     v.                                Case No. 08-CV-730

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

———————————————————————————

## ORDER

On August 27, 2008, Plaintiff Pamela Reinke ("Reinke") filed for judicial review of the final decision of the Commissioner of Social Security denying her applications for Supplemental Security Income and disability benefits. On July 13, 2009, the parties filed a stipulation for remand of the case to the agency for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The court entered an order remanding the case on July 17, 2009. Less than one month later, Reinke filed a motion for attorney's fees under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412. The motion is now before the court.

Reinke's motion seeks an award of fees in the amount of $2,570.45. However, shortly after Reinke filed her original motion, the parties filed a joint stipulation for entry of an order awarding Reinke $2,000.00 in attorney's fees, payable to her attorney. The stipulation also states that the award will satisfy all of

Reinke's claims for fees, costs and expenses under the EAJA. Based on the aforementioned stipulation, the court will grant Reinke's motion for fees in the specified amount.

Accordingly,

**IT IS ORDERED** that the plaintiff's motion for attorney's fees under the EAJA (Docket #15) be and the same is hereby **GRANTED**; the defendant shall pay the plaintiff's attorney's fees in the amount of $2,000.00, payable directly to plaintiff's counsel, David Dreis, pursuant to the plaintiff's Assignment of EAJA Fee Agreement.

Dated at Milwaukee, Wisconsin, this 4th day of September, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge